UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| DOMINIQUE M. KEIMBAYE, | CASE NO. 17-CV-0963-RSM |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF DEADLINE TO EXCHANGE INITIAL DISCLOSURES |
| GROUP HEALTH COOPERATIVES/KAISER PERMANENTE, ET AL., | |
| Defendants. | |

THIS MATTER came before the Court on Defendants' Motion for Extension of Deadline to Exchange Initial Disclosures (the "Motion"). The Court, having considered the arguments of counsel and the pleadings and papers filed in support of and in opposition to the motion, if any:

NOW, THEREFORE, HEREBY ORDERS as follows:

1. Defendants' Motion is GRANTED; and

2. The Parties are instructed to exchange initial disclosures thirty (30) days following the Court's decision on Defendants' pending Motion to Dismiss.

//

//

//

ORDER GRANTING DEFENDANTS' MOTION FOR
EXTENSION OF DEADLINE TO EXCHANGE INITIAL
DISCLOSURES - 1
#1123195 v1 / 22408-612

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

| | |
|---|---|
| 1 | DATED this 14 day of August 2017. |
| 2 | |
| 3 | |
| 4 | |
| 5 | _____ |
|   | RICARDO S. MARTINEZ |
|   | CHIEF UNITED STATES DISTRICT JUDGE |
| 6 | |
| 7 | Presented by: |
| 8 | KARR TUTTLE CAMPBELL |
| 9 | *s/Medora A. Marissea* |
|   | Medora A. Marisseau, WSBA #18470 |
| 10 | Stephanie R. Lakinski, WSBA #46391 |
|   | 701 Fifth Avenue, Suite 3300 |
| 11 | Seattle, WA 98104 |
|   | Telephone: 206-223-1313 |
| 12 | Facsimile: 206-682-7100 |
|   | Email: mmarisseau@karrtuttle.com |
| 13 | Email: slakinski@karrtuttle.com |
|   | *Attorneys for Defendants* |

ORDER GRANTING DEFENDANTS' MOTION FOR
EXTENSION OF DEADLINE TO EXCHANGE INITIAL
DISCLOSURES - 2
#1123195 v1 / 22408-612

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100